AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------ DISTRICT OF ----------------Virginia--------------------
Richmond Division

Shawna Taylor,

    Plaintiff,

v.

                                **JUDGMENT IN A CIVIL CASE**

Joey Edwards,                           Case number:   3:11CV590

    Defendant.

☐ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered by the Clerk in favor of the Plaintiff, Shawna Taylor, and against Defendant, Joey Edwards, in the amount of FIFTEEN THOUSAND, FIVE HUNDRED AND EIGHTEEN AND 13/100 DOLLARS ($15,518.13). The Court awards interest on the total judgment at the federal rate.

| January 16, 2013 | FERNANDO GALINDO, |
|---|---|
| Date | Clerk |
| | /s/ |
| | (By) Kara Young, Deputy Clerk |